UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOHAMED ABUKALAM,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, WARDEN ROBERT BURTON, CHIEF DEPUTY WARDEN ERIK PEDERSEN,**<br><br>Defendants. | Case No. 2:22-cv-00674-DAD-JDP<br><br>**Stipulation and [Proposed] Order** |

   Plaintiff Mohamed Abukalam ("Plaintiff") and Defendants California Department of Corrections and Rehabilitation, Warden Robert Burton, and Chief Deputy Warden Erik Pedersen ("Defendants") (collectively the "Parties") hereby stipulate and agree:

   1.   The Parties have agreed to conduct a settlement conference in good faith as soon as reasonably practical consistent with Magistrate Judge Jeremy Peterson's availability and the Parties' availability.

   2.   Defendants' Counsel will contact the Court to schedule that settlement conference, including advising of any known conflicts.

   3.   In the interests of conserving resources and prioritizing judicial efficiency, the parties have agreed to this stipulation.

1

Stipulation and [Proposed] Order  (2:22-cv-00674-DAD-JDP)

1    4.     Discovery is now stayed pending the completion of the settlement conference. To
2  the extent that the settlement conference does not result in a settlement, the stay on discovery is
3  immediately lifted.
4    5.     All deadlines, including discovery deadlines, previously set by the Court are now
5  tolled as of March 3, 2023, until the completion of the settlement conference. To the extent that
6  the settlement conference does not result in a settlement, the parties are to comply with any
7  deadlines with the dates extended by any tolling.
8    6.     Plaintiff's motion to compel discovery currently scheduled for March 30, 2023 at
9  10:00 a.m. is ~~to be continued to~~ **vacated and will be reset on** a date convenient with the Court's
10 calendar but no earlier than 30 days after the settlement conference. To the extent that the Parties
11 do not reach a settlement, Defendants' opposition is due no later than 14 days after the scheduled
12 settlement conference and Plaintiff's reply is due no later than 10 days after Defendants serve and
13 file their opposition.  **The parties are not required to a Joint Statement re Discovery**
14 **Disagreement pursuant to Local Rule 251(a).**  ~~To the extent that the Parties do not reach a~~
15 ~~settlement, the Joint Statement re Discovery Disagreement or affidavit as required by Eastern~~
16 ~~District Local Rule 251(a) is due no later than 14 days before the scheduled hearing date.~~
17 ~~Defendants' counsel has agreed to work with Plaintiff on jointly preparing the required Joint~~
18 ~~Statement to the extent the scenario becomes necessary.~~
19                              *[Signature Page Follows]*

**SO STIPULATED AND AGREED.**

Dated March 2, 2023

**MOHAMED ABUKALAM**

By: _____

MOHAMED ABUKALAM
9531 E. Park Drive
Elk Grove, CA 95624
Phone: (213) 219-3645
E-mail: mabukalam3@gmail.com

*Plaintiff Pro Se*

Dated March 2, 2023

**OFFICE OF THE ATTORNEY GENERAL**

By: /s/ Joel Kosh

JOEL KOSH
State Bar No. 326595
Deputy Attorney General
California Department of Justice
1515 Clay Street
P.O. Box 70550
Oakland, California 94612-0550
Phone: 510-879-0002
Fax: 510-622-2270
E-mail: joel.kosh@doj.ca.gov
KELSEY LINNETT
Supervising Deputy Attorney General

*Attorney for Defendants
California Department of Corrections and Rehabilitation, Warden Robert Burton, and Chief Deputy Warden Erik Pedersen*

IT IS SO ORDERED.

Dated:   March 7, 2023   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE