# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOHAMED ABUKALAM,** | 2:22-cv-00674-DAD-JDP |
| Plaintiff, | **Stipulation of Extension of Time to File Stipulation of Dismissal and [Proposed] Order** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, WARDEN ROBERT BURTON, CHIEF DEPUTY WARDEN ERIK PEDERSEN,** | |
| Defendants. | |

Plaintiff Mohamed Abukalam ("Plaintiff") and Defendants California Department of Corrections and Rehabilitation, Warden Robert Burton, and Chief Deputy Warden Erik Pedersen ("Defendants") (collectively the "Parties") hereby stipulate and agree as follows:

1. On April 25, 2023, the Court conducted a settlement conference whereby the Parties agreed to settle this case.

2. On May 3, 2023, the Parties executed the formal settlement agreement.

3. Per the terms of the settlement agreement, Defendants have until October 30, 2023 to tender payment.

4. The Parties cannot file a stipulation of dismissal until this payment occurs.

1

5. The Court shall keep this action pending without scheduling a status conference or any other actions until after November 6, 2023, to allow for the Parties to finalize the settlement.

**SO STIPULATED AND AGREED.**

Dated June 6, 2023

**MOHAMED ABUKALAM**

By: _____

MOHAMED ABUKALAM
9531 E. Park Drive
Elk Grove, CA 95624
Phone: (213) 219-3645
E-mail: mabukalam3@gmail.com

*Plaintiff Pro Se*

Dated June 7, 2023

**OFFICE OF THE ATTORNEY GENERAL**

By: _____

JOEL KOSH
State Bar No. 326595
Deputy Attorney General
California Department of Justice
1515 Clay Street
P.O. Box 70550
Oakland, California 94612-0550
Phone: 510-879-0002
Fax: 510-622-2270
E-mail: joel.kosh@doj.ca.gov
KELSEY LINNETT
Supervising Deputy Attorney General

*Attorney for Defendants
California Department of Corrections and Rehabilitation, Warden Robert Burton, and Chief Deputy Warden Erik Pedersen*

IT IS SO ORDERED.

Dated:   June 8, 2023                    _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE